

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00781-CV

Ernest **BUSTOS,**
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

# O R D E R

The appellant's Second Unopposed Motion to Extend Time to File Appellant's Brief is hereby GRANTED. The brief is due June 3, 2020. No further extension of time absent extenuating circumstances.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court